FILED
MAY 5 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VAREE EARNEST ENGLISH, an individual, | NO. CV 06-7994 GPS (SSx) |
| Plaintiff, | |
| v. | JUDGMENT |
| SANTA ANITA RACE TRACK, a business form unknown; LOS ANGLES TURF CLUB, INC., a California Corporation; MAGNA ENTERTAINMENT CORP.; a California Corporation, MARK MATTICK, in his official capacity and as an individual; RONALD TAGGART, in his official capacity and as an individual; FEDERATION OF CALIFORNIA RACING ASSOCIATIONS, INC., a California Corporation; TEAMSTERS AUTOMOTIVE INDUSTRIAL AND ALLIED WORKERS, LOCAL UNION No. 495, and DOES 1 through 5, inclusive | |
| Defendants. | |

In light of this Court's grant of summary judgment for Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing and judgment is hereby entered for Defendants on all claims for relief. Defendants may recover their costs.

**IT IS SO ORDERED.**

Dated this 5\_\_ day of May, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1